UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No.:

MICHELE GOURDINE,

       Plaintiff,

v.

NIELSEN CONSUMER LLC SHORT
TERM DISABILITY PLAN, NIELSEN IQ
and CONTINENTAL AMERICAN
INSURANCE COMPANY,

       Defendant.
_____/

## COMPLAINT

COMES NOW the Plaintiff, MICHELE GOURDINE, by and through the undersigned attorney, and files this Complaint stating causes of action against Defendants, NIELSEN CONSUMER LLC SHORT TERM DISABILITY PLAN, NIELSEN IQ and CONTINENTAL AMERICAN INSURANCE COMPANY, and alleges as follows:

1. This is an action for recovery of Short-Term Disability benefits.

## THE PARTIES

2. Plaintiff purchased through her employer, Nielsen Consumer LLC, a contract of salary continuance insurance including short term disability (STD) plan benefits under the NIELSEN CONSUMER LLC SHORT TERM DISABILITY PLAN (hereinafter the "STD Plan").

3. Defendant, NIELSEN IQ has full responsibility for payment of any benefits due according to the terms and conditions of the STD Plan. Benefits under the STD Plan are funded by NIELSEN IQ.

4. Aflac Life and Absence Management Solutions is a third party STD Plan administrator, and Aflac's disability administrative services and products are offered by Defendant CONTINENTAL AMERICAN INSURANCE COMPANY.

## JURISDICTION AND VENUE

5. This Court maintains subject matter jurisdiction over this action pursuant to 29 U.S.C. § 1132(e) and 28 U.S.C. § 1331.

6. NIELSEN IQ is a foreign corporation authorized to engage and currently engaging in business with this District in the State of Florida.

7. CONTINENTAL AMERICAN INSURANCE COMPANY is a foreign corporation authorized to engage and currently engaging in business within this District in the State of Florida.

## FACTUAL ALLEGATIONS

8. At all times material to this Complaint, both the STD Plan was in full force and effect and Plaintiff was a Plan participant.

9. Defendant, NIELSEN IQ, is in possession of all master STD Plan documents.

10. Defendant, CONTINENTAL AMERICAN INSURANCE COMPANY, is in possession of all master STD Plan documents.

11. On or about April 4, 2022, Plaintiff became totally disabled from her past employment as defined by the STD Plan due to depression, anxiety, an adjustment disorder, and other exertional and non-exertional impairments.

## COUNT I
## BREACH OF CONTRACT FOR SHORT TERM DISABILITY BENEFITS

12. Plaintiff re-alleges each allegation contained in Paragraphs 1 through 11, as if delineated here.

13. Plaintiff made a timely application for disability benefits under the STD Plan.

14. On or about April 22, 2022, Plaintiff's claim for STD Plan benefits was denied by Defendants NIELSEN CONSUMER LLC SHORT TERM DISABILITY PLAN, NIELSEN IQ and/or CONTINENTAL AMERICAN INSURANCE COMPANY, or their agents.

15. Plaintiff timely appealed said denial of her claim for STD Plan benefits.

16. On or about June 24, 2022, Defendants NIELSEN CONSUMER LLC SHORT TERM DISABILITY PLAN, NIELSEN IQ and/or CONTINENTAL AMERICAN

INSURANCE COMPANY, or their agents, upheld the previous decision to deny Plaintiff's claim for STD Plan benefits.

17. Plaintiff remained totally disabled from her employment, as defined by the STD Plan throughout the STD Plan claim period due to depression, anxiety, an adjustment disorder, and other exertional and non-exertional impairments.

18. Plaintiff has exhausted all mandatory administrative remedies afforded by the STD Plan and has otherwise complied with all conditions precedent to this action.

19. Each of the Defendants' denials of Plaintiff's claim for STD Plan benefits derogated Plaintiff's right to disability benefits under the terms of the STD Plan.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for a judgment against Defendants NIELSEN CONSUMER LLC SHORT TERM DISABILITY PLAN, NIELSEN IQ and/or CONTINENTAL AMERICAN INSURANCE COMPANY for all STD Plan benefits owing at the time of said judgment, pre-judgment interest, attorney's fees, costs of this action, and all other relief deemed just and proper by the Court.

Dated: 3/14/25

*/s/ Nick A. Ortiz*
Nick A. Ortiz, Esq.
FL. Bar No.: 12699
Ortiz Law Firm
316 S. Baylen St., Ste. 590
Pensacola, FL 32502
(850) 308-7833 (T)
(850) 208-3613 (F)
nick@nickortizlaw.com
Attorney for Plaintiff