AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| MICHELLE GOURDINE <br><br> *Plaintiff(s)* <br> v. <br> NIELSEN CONSUMER LLC SHORT TERM DISABILITY PLAN, NIELSEN IQ and CONTINENTAL AMERICAN INSURANCE COMPANY <br><br> *Defendant(s)* | Civil Action No. 1:25-cv-21224-RKA |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  NIELSEN CONSUMER LLC SHORT TERM DISABILITY PLAN
85 Broad Street
New York, NY 10004
(646) 654-5000

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Nick A. Ortiz, Esq.
Ortiz Law Firm
316 S. Baylen St., Ste. 590
Pensacola, FL 32502
850-308-7833 (T)
850-208-3613 (F)

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Angela E. Noble
Clerk of Court

**SUMMONS**

Date: Mar 14, 2025

*s/ Clifford Charles*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

### SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| MICHELLE GOURDINE | )<br>)<br>)<br>) |
| *Plaintiff(s)* | )<br>) |
| v. | ) Civil Action No. 1:25-cv-21224-RKA |
| NIELSEN CONSUMER LLC SHORT TERM DISABILITY PLAN, NIELSEN IQ and CONTINENTAL AMERICAN INSURANCE COMPANY | )<br>)<br>)<br>) |
| *Defendant(s)* | ) |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

NIELSEN IQ
85 Broad Street
New York, NY 10004
(646) 654-5000

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Nick A. Ortiz, Esq.
Ortiz Law Firm
316 S. Baylen St., Ste. 590
Pensacola, FL 32502
850-308-7833 (T)
850-208-3613 (F)

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Mar 14, 2025



Angela E. Noble
Clerk of Court

**SUMMONS**

*s/ Clifford Charles*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| MICHELLE GOURDINE <br><br> *Plaintiff(s)* <br> v. <br><br> NIELSEN CONSUMER LLC SHORT TERM DISABILITY PLAN, NIELSEN IQ and CONTINENTAL AMERICAN INSURANCE COMPANY <br><br> *Defendant(s)* | Civil Action No. 1:25-cv-21224-RKA |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  CONTINENTAL AMERICAN INSURANCE COMPANY
c/o Chief Financial Officer
200 E. Gaines St.
Tallahassee, FL 32399

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Nick A. Ortiz, Esq.
Ortiz Law Firm
316 S. Baylen St., Ste. 590
Pensacola, FL 32502
850-308-7833 (T)
850-208-3613 (F)

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date: Mar 14, 2025

*s/ Clifford Charles*
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court