**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

Case No.: 1:25-cv-21224-RKA

MICHELE GOURDINE,

                Plaintiff,

v.

CONTINENTAL AMERICAN
INSURANCE COMPANY,

                Defendant.

_____/

## <u>MOTION TO WITHDRAW CLAIM WITHOUT PREJUDICE</u>

      Plaintiff by and through the undersigned attorney, hereby requests that the above-captioned action be withdrawn and dismissed, without prejudice, against defendant CONTINENTAL AMERICAN INSURANCE COMPANY.

Dated: 3/20/2025

                      */s/ Nick A. Ortiz*
                      Nick A. Ortiz, Esq.
                      FL Bar No.: 12699
                      Ortiz Law Firm
                      316 S. Baylen St., Ste. 590
                      Pensacola, FL 32502
                      (850) 308-7833 (T)
                      (850) 208-3613 (F)
                      nick@nickortizlaw.com
                      Attorney for Plaintiff