UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-cv-21224-ALTMAN

**MICHELE GOURDINE**,

    *Plaintiff*,

v.

**NIELSEN CONSUMER LLC
SHORT TERM DISABILITY PLAN**, *et al.*,

    *Defendants*.

_____/

## ORDER

The Plaintiff filed a "Motion to Withdraw Claim without Prejudice" [ECF No. 5], which we construe as notice of voluntary dismissal under FED. R. CIV. P 41(a)(1)(A)(i). Being fully advised, the Court hereby **ORDERS** that this action is **DISMISSED** *without prejudice*. Each party shall bear its own attorneys' fees and costs. All pending deadlines are **TERMINATED**, and any pending motions are **DENIED** as moot. The Clerk shall **CLOSE** the case.

**DONE AND ORDERED** in the Southern District of Florida on April 1, 2025.

                                                         **ROY K. ALTMAN**
                                                         **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record